UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOHAMAD BOUHAMDAN,

        Plaintiff,                       Civil No. 07-13976

v.                                    HON. PATRICK J. DUGGAN

USCIS,

        Defendant.
_____/

**ORDER EXTENDING DEFENDANT'S DEADLINE
FOR DETERMINATION ON PLAINTIFF'S
NATURALIZATION APPLICATION**

In light of the foregoing stipulation, it is hereby ordered that the deadline be extended for Defendant to make a determination on Plaintiff's application for naturalization to **June 23, 2008.**

**IT IS SO ORDERED**.

                              S/Patrick J. Duggan
                              Patrick J. Duggan
                              United States District Judge

Dated: June 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 10, 2008, by electronic and/or ordinary mail.

                              S/Marilyn Orem
                              Case Manager